KOLELA MPOYO
2632 S 83rd Ave Suite 100-127
PHOENIX, AZ 85043
(480) 626 1175

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Kolela Mpoyo, <br>     Plaintiff, <br> Vs. <br> FIS Management Services, LLC, <br>     Defendant. | No. CIV-17-4307-PHX-SPL <br><br> Notice of Appeal |

## NOTICE OF APPEAL

NOTICE HEREBY GIVEN that Plaintiff Kolela Mpoyo hereby appeals to United States Court of Appeals for the Ninth Circuit from the final judgment entered in this action on December 6th, 2019 as well as from the Order entered in this action on November 20th, 2019.

DATED this 23rd day of December 2019

Kolela Mpoyo
Plaintiff *Pro Se*
2632 S 83rd Ave, suite 100-127
PHOENIX, AZ 85043

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of December 2019, I caused a true and correct copy of the foregoing Notice of Appeal to be served by mail upon:

Misty Leslie
Mark Ogden
LITTLER MENDELSON, P.C.
Camelback Esplanade
2425 East Camelback Road
Suite 900
PHOENIX, AZ 85016

Attorneys for Defendant
FIS MANAGEMENT SERVICES, LLC

ORIGINAL AND ONE COPY of the

Foregoing filed with the clerk of the

U.S. District Court this 23rd day of December 2019.

Kolela Mpoyo
Plaintiff *Pro Se*
2632 S 83rd Ave, suite 100-127
PHOENIX, AZ 85043

- 1