IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kotela Mpoyo,<br><br>              Plaintiff,<br><br>v.<br><br>FIS Management Services, LLC<br><br>              Defendant, | No.  CV-17-04307-PHX-SPL<br><br>JUDGMENT ON<br>TAXATION OF COSTS |

Final judgment having been entered, defendant filed a Bill of Costs on December 20, 2020, seeking the taxation of $3,458.06. No objection was filed. The matter has been reviewed and taxable costs have been awarded as follows.

1. **<u>Service Fees</u>** – Pursuant to LRCiv 54.1(e)(1), the **$220.60** claimed is allowed.
2. **<u>Transcript Fees</u>** – Pursuant to LRCiv 54.1(e)(2)(3), the **$1,589.44** claimed is allowed.
3. **<u>Other Costs</u>** – Pursuant to LRCiv 54.1(e), the $1,648.02 claimed is reduced to **$286.23**. Attorney parking fees, computer research, and eees associated with processing and hosting of electronically stored information cannot be taxed. The following claims are denied:
   - 06/11/19 – Invoice 5073242 – Parking Joshua Wellman – $6.00
   - 10/14/19 – Invoice 5129706 – Computer Research – $633.00
   - 09/30/18 – Invoice 4908362 - ESI Processing – $12.19

- 09/30/18 – Invoice 4908362 - ESI Processing – $55.88
- 12/31/18 – Invoice 4965993 - ESI Hosting – $10.13
- 12/31/18 – Invoice 4965993 - ESI Processing – $21.94
- 01/31/19 – Invoice 4977859 - ESI Hosting – $38.17
- 02/28/19 – Invoice 5008952 - ESI Hosting – $52.79
- 03/31/19 – Invoice 5008952 - ESI Hosting – $58.59
- 04/30/19 – Invoice 5039715 - ESI Hosting – $56.72
- 05/31/19 – Invoice 5039715 - ESI Hosting – $57.81
- 06/30/19 – Invoice 5059713 - ESI Hosting – $54.83
- 07/31/19 – Invoice 5073242 - ESI Hosting – $61.55
- 08/31/19 – Invoice 5096106 - ESI Hosting – $61.73
- 09/30/19 – Invoice 5129706 - ESI Hosting – $57.96
- 10/31/19 – Invoice 5129706 - ESI Hosting – $62.15
- 11/30/19 – Invoice N/A - ESI Hosting – $60.35

The costs are hereby taxed for the defendant and against the plaintiff in the amount of **$2,096.27**.

DATED this 17th day of August 2020
DEBRA D. LUCAS, ACTING CLERK

By: _Michael O'Brien_
Michael O'Brien
Chief Deputy Clerk