UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 04 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KOLELA MPOYO,<br><br>   Plaintiff - Appellant,<br><br> v.<br><br>FIS MANAGEMENT SERVICES, LLC,<br><br>   Defendant - Appellee. | No. 19-17562<br><br>D.C. No. 2:17-cv-04307-SPL<br>U.S. District Court for Arizona, Phoenix<br><br>**MANDATE** |

The judgment of this Court, entered March 22, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

             FOR THE COURT:

             MOLLY C. DWYER
             CLERK OF COURT

             By: Rebecca Lopez
             Deputy Clerk
             Ninth Circuit Rule 27-7